1  Donald L. Samuels (CA State Bar No. 126287)
2  Email: donald.samuels@bryancave.com
3  Diba D. Rastegar (CA State Bar No. 230681)     JS-6
   E-mail: diba.rastegar@bryancave.com
4  BRYAN CAVE LLP
   120 Broadway, Suite 300
5  Santa Monica, CA 90401-2386
6  Telephone: (310) 576-2100
7  Facsimile: (310) 576-2200

8  Attorneys for Defendant
9  IRON MOUNTAIN, INC.

10
11                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
12                         SOUTHERN DIVISION

13
14  BINH NGO,                              CASE NO. SACV12-0349 AG (JPRx)
              Plaintiff,
15                                         HON. ANDREW J. GUILFORD
16       v.
                                           **ORDER ON STIPULATION OF
17  IRON MOUNTAIN, INC., and DOES 1        DISMISSAL OF ACTION**
    through 20, inclusive
18            Defendant.
19
20
21
22
23
24
25
26
27
28

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

HROLAX\34944.1

1  The Stipulation of Dismissal of Action pursuant to Rule 41(a)(1)(A)(ii) of the
2  Federal Rules of Civil Procedure, between Plaintiff, Binh Ngo ("Plaintiff"), on one
3  hand, and Defendant, Iron Mountain, Inc. ("Iron Mountain"), on the other hand, was
4  filed on August 31, 2012.
5  Having read and considered the Stipulation, the Court ORDERS that the above-
6  referenced action is dismissed in its entirety with prejudice.  Each party shall bear its
7  own attorneys' fees and costs.
8  **IT IS SO ORDERED.**
9
10 Dated:  August 31, 2012
11
12                                                      U.S. DISTRICT COURT JUDGE
13                                                      HONORABLE ANDREW J. GUILFORD
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE